

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

JONATHAN B. BRUNO
PARTNER
(212) 455-9554
jonathan.bruno@rivkin.com

May 31, 2022

<u>VIA ECF</u>

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

> Re:   *Andrade v. KARP Scarsdale, LLC*
>       Case No.: 7:21-cv-08188-PMH
>       <u>RR File No.:  8654-6</u>

> Application granted. The pre-motion conference scheduled for 6/2/2022 is adjourned to 6/27/2022 at 10:00 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 1, 2022

Dear Judge Halpern:

      My firm represents Defendant KARP Scarsdale, LLC in the above referenced matter. We are writing  jointly with plaintiff's counsel to respectfully request a twenty-one-day (21) day adjournment of the pre-motion conference currently scheduled for Thursday, June 2. This is the parties' first request for an adjournment of the pre-motion conference.  The reason for the request is that the parties have been engaged in recent settlement discussions and counsel believe we are close to resolving the case. Thank you for your consideration.

      Very truly yours,

      RIVKIN RADLER LLP

      <u>/s/ Jonathan B. Bruno</u>
      Jonathan B. Bruno

cc:  Counsel of Record (via ECF)

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ  07601-7082
T 201.287.2460 F 201.489.0495

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

5843065.v1