**THE LAW OFFICE O**[obscured]
32 Broadw[obscured]
New York[obscured]
Telephone: ([obscured]
Fax: (212[obscured]
Email: jstockman@[obscured]

> Application granted. The pre-motion conference scheduled for 6/27/2022 is adjourned *sine die*. In light of the parties' settlement in principal, a 45-Day Order will be docketed separately.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             June 27, 2022

June 24, 2022

Hon. Philip M. Halpern
United States District Court
300 Quarropas St.
White Plains, NY 10601-4150

Re: Gricelda Andrade v. KARP Scarsdale, LLC, 7:21-cv-08188-PMH

Your Honor:

    I represent Plaintiff in the above referenced matter.  I write this letter with the consent of Defendant's counsel to notify the Court that the parties have agreed to a settlement in principle today.  The parties respectfully request that the Court cancel the pre-motion conference scheduled for June 27, 2022 at 10:00 a.m. and issue an Order giving the parties until August 5, 2022 to file a Stipulation of Dismissal.

                                    Respectfully submitted,

                                    /S/ Jon A. Stockman, Esq.

Cc: Jonathan B. Bruno, Esq.